IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3801 |
| | § | |
| JESSICA LYNN PATEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DEFAULT JUDGMENT
## AGAINST DEFENDANT GARY BRENNAN

Plaintiff, Colony Insurance Company, moved for entry of default judgment against defendant, Gary Brennan. The record shows that Brennan has failed to answer or appear in this action, making default appropriate. No further hearings or notice are necessary. Judgment is entered that Colony Insurance Company Policy GL-3384692, issued to Hussein Sweidan d/b/a Hookah Station, provides no coverage for Jessica Patak's claims against Gary Brennan in the lawsuit styled *Jessica Lynn Patek v. Hussein Mohamad Sweidan d/b/a Hookah Station, Frank Hageal, Gary Brennan, and Brandon Johnson*, in the 361st Judicial District Court, Brazos County, Texas, Cause No. 09-002836-cv-361. Colony Insurance Company's motion for default judgment against Gary Brennan is granted.

SIGNED on March 23, 2010, at Houston, Texas.

*Lee H. Rosenthal*
Lee H. Rosenthal
United States District Judge